Steven P. Chang, CA Bar No.: 221783
(Pro Hac Vice)
LAW OFFICES OF STEVEN P. CHANG
13200 Crossroads Parkway North, Suite 165
City of Industry, CA 91746
Tel.: (626)281-1232 / Fax: (626)281-2919
schang@spclawoffice.com

Alice Campos Mercado, Bar No.: 4555
(Local Counsel)
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, NV 89519
Tel.: (775)786-6868 / Fax: (775)786-9716
acm@lge.net

Attorneys for Defendants
CHEF CHENG'S CHINESE
RESTAURANT, INC., et. al.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYING LAN,<br><br>          Plaintiffs,<br><br>vs.<br><br>CHEF CHENG'S CHINESE RESTAURANT, INC., a Nevada Corporation; SHU JIE CHENG,<br><br>          Defendants. | Case No.: 3:15-cv-00344-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Whereas, Plaintiff XIAOYING LAN and Defendants CHEF CHENG'S CHINESE RESTAURANT, INC. and SHU JIE CHENG have reached a resolution of their disputed claims by way of settlement and now wish to have a dismissal of this action entered,

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective counsel of record, that the above-captioned action be dismissed with prejudice.

SO STIPULATED.


Dated: September 2, 2016

By: /s/ James P. Kemp
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, NV 89130
Tel: (702) 258-1183 / Fax: (702) 258-6983
Attorney for Plaintiff

Dated: September 2, 2016

By: /s/ Steven P. Chang
LAW OFFICES OF STEVEN P. CHANG
13200 Crossroads Parkway North, Suite 165
City of Industry, CA 91746
Tel: (626) 281-1232 / Fax: (626) 281-2919

Alice Campos Mercado
LEMONS, GRUNDY & EISENBERG
6005 Plumas St., Third Floor
Reno, NV 89519
Tel: (775) 786-6868 / Fax: (775) 786-9716

Attorneys for Defendants

1

**<u>ORDER</u>**

2          BASED UPON the foregoing stipulation of the parties, and with good cause appearing, IT

3   IS HEREBY ORDERED that this matter is dismissed with prejudice. All future hearing dates are

4   hereby vacated.

5

6                                              IT IS SO ORDERED

7

8

9                                              _____

10                                             ~~MAGISTRATE JUDGE~~ / DISTRICT JUDGE

11                                             Dated: _September 6, 2016___

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28